BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CARRENO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11- 283 MMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND** ~~**PROPOSED**~~ |
| ) | **ORDER TO CONTINUE SENTENCING** |
| vs. ) | |
| ) | |
| EDEMIR CARRENO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties to this matter hereby respectfully ask that the sentencing in this matter be continued two weeks. The basis for this request is the fact that counsel of Mr. Carreno was out of the state for almost three weeks in May, and was unable to arrange an interview with the defendant and the Probation Officer before he left. Since his return, counsel and the Probation Officer have had difficulty scheduling the interview, and the Probation Officer is now out of the office for at least one week. The parties have discussed having the sentencing continued two weeks to try to get the defendant interviewed and still have enough time for the probation report to be prepared. The parties have stipulated as a result to move the sentencing to August 3, 2011, which appears to be a convenient date for the Court.

Stip to Continue Sentencing 11-283 MMC            1

1  It is so stipulated.

2

3  Date: June 20, 2011                               /s/
                                                    Geoffrey A. Hansen
                                                    Counsel for Mr. Carreno
4

5  Date:   June 20, 2011                            /s/
                                                    Owen Martikan
                                                    Assistant United States Attorney
6

7

8  **IT IS SO ORDERED.**
   June 21, 2011                                    _____
                                                    MAXINE M. CHESNEY
                                                    United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26