UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00283 MMC |
| Plaintiff, | |
| v. | [PROPOSED] FINAL ORDER OF FORFEITURE |
| EDEMIR CARRENO, | |
| Defendant. | |

On October 2, 2012 the Court entered a Preliminary Order of Forfeiture forfeiting all right, title, and interest in the following property:

    a.    an HP Pavilion laptop computer, serial number CNF70804DC;
    b.    a Western Digital hard drive, serial number WX71E50F8207T;
    c.    a Seagate hard drive, serial number 2GE24KH0;
    d.    a Simpletech hard drive, serial number 081254801607033373;
    e.    a SanDisk 2 gigabyte SD media card;
    f.    a Sony 1 gigabyte Memory Stick PRO Duo media card;
    g.    a cruzer micro 2 gigabyte U3 flash drive;
    h.    a cruzer micro 4 gigabyte U3 flash drive;
    i.    A Netgear RangeMax Wireless Router, serial number 1PT4935R0417B; and
    j.    an Arris Touchstone Telephony modem, serial number 98VBNF8BS443222

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, Title 18, United States Code, Section 2253(a)(1) and (a)(3)

///

1  All right, title, and interest in said property is vested in the United States of America. The
2  appropriate federal agency shall dispose of the forfeited property according to law.
3  IT IS SO ORDERED this __31__ day of __January__ 2013.

_____
MAXINE M. CHESNEY
United States Magistrate Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 11-00283 MMC

2